

**Seyfarth Shaw LLP**

620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

ssverdlov@seyfarth.com
T (212) 218-5547

www.seyfarth.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020
```

December 16, 2020

**VIA ECF**

Hon. John P. Cronan
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

**Re:** *Juscinska v. Drybar Holdings, LLC*,
**Civil Action No.: 1:20-cv-09300-JPC (S.D.N.Y.)**

Dear Judge Cronan:

This firm represents Defendant Drybar Holdings, LLC ("Defendant") in the above-referenced matter. We write, with the consent of Plaintiff Natalia Juscinska ("Plaintiff"), to respectfully request a thirty (30) day extension of time for Defendant to respond to the Complaint, up to and including January 20, 2021.

By way of background, Plaintiff commenced this action on or about November 5, 2020. (ECF No. 1.) We understand that Defendant was served with the Summons and Complaint on November 30, 2020, which makes Defendant's responsive pleading deadline December 21, 2020. (ECF No. 6.)

This is Defendant's first request for an extension of the responsive pleading deadline. Defendant is requesting this extension to provide it with additional time to investigate the allegations in the Complaint. We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.

We respectfully submit this request in good faith and not to cause undue delay. The granting of this application will not impact any other scheduled deadlines, including the Initial Conference scheduled for January 26, 2021. We thank the Court for its time and attention to this matter.

67219726v.1



Hon. John P. Cronan
December 16, 2020
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Samuel Sverdlov*

Samuel Sverdlov

cc:   All counsel of record (via ECF)

Defendant's request is GRANTED.  Defendant shall answer, move, or otherwise respond to the Complaint by January 20, 2021.

SO ORDERED.

Date: December 16, 2020
New York, New York

_____
JOHN P. CRONAN
United States District Judge