

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

ssverdlov@seyfarth.com
T (212) 218-5547

www.seyfarth.com

January 8, 2021

**VIA ECF**

Hon. John P. Cronan
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

**Re:** *Juscinska v. Drybar Holdings, LLC*,
Civil Action No.: 1:20-cv-09300-JPC (S.D.N.Y.)

Dear Judge Cronan:

This firm represents Defendant Drybar Holdings, LLC ("Defendant") in the above-referenced matter. We write, with the consent of Plaintiff Natalia Juscinska ("Plaintiff"), to respectfully request: (1) a second thirty (30) day extension of time for Defendant to respond to the Complaint, up to and including February 19, 2021; and (2) a thirty (30) day adjournment of the Initial Pretrial Conference ("IPTC") scheduled for January 26, 2021 to a date on or after February 25, 2021.

By way of background, Plaintiff commenced this action on or about November 5, 2020. (ECF No. 1.) On November 6, 2020, the Court Ordered an IPTC for January 26, 2021, with a joint letter and proposed case management plan and scheduling order due on January 19, 2021. (ECF No. 5.) On December 16, 2020, Defendant requested its first extension of the responsive pleading deadline, from December 21, 2020 to January 20, 2021, which the Court granted that day. (ECF Nos. 8-9.)

This is Defendant's second request for an extension of the responsive pleading deadline, and first request for an adjournment of the IPTC. Defendant is requesting this extension and adjournment to provide it with additional time to both investigate the allegations in the Complaint, and consider a non-litigated resolution of this action with counsel for Plaintiff. We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.

We respectfully submit this request in good faith and not to cause undue delay. The granting of this application will not impact any other scheduled deadlines. We thank the Court for its time and attention to this matter.

67512582v.1



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Samuel Sverdlov*

Samuel Sverdlov

cc:     All counsel of record (via ECF)

Defendant's request is GRANTED.  Defendant shall answer, move, or otherwise respond to the Complaint by February 19, 2021.  The Initial Pretrial Conference scheduled for January 26, 2021 at 10:00 a.m. is adjourned to March 8, 2021 at 12:00 p.m.

SO ORDERED.

Date: January 8, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge

67512582v.1